1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9             IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  KHAM SINGMOUNGTHONG        )
                               )   1:09-CV-1328
14                             )
          Plaintiff,           )
15                             )   ORDER GRANTING STIPULATION
                               )   TO EXTEND TIME
    vs.                        )
16                             )
    COMMISSIONER OF            )
17  SOCIAL SECURITY,           )
                               )
18        Defendant.           )
    _____)
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted a 30 day extension of time, until February 4, 2010, in which to serve Plaintiff's

22  Confidential brief.  All remaining actions under the scheduling order filed, July 29, 2009, shall

23  proceed under the time limit guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

Dated:  January 4, 2010        /s/ Sengthiene Bosavanh

SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

Dated: January 4, 2010         MCGREGOR SCOTT
United States Attorney

By: /s/ Elizabeth Firer
(as authorized via facsimile/e-mail)
ELIZABETH FIRER
Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   January 5, 2010**                **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE