1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR

8                        THE EASTERN DISTRICT OF CALIFORNIA

9

10 Kham Singmoungthong        )
                              )         CASE NO. 1:09-cv-01328-DLB
11         Plaintiff,         )
                              )
12     v.                     )
                              )         STIPULATION AND ORDER
13 Commissioner of Social     )         FOR EXTENSION OF TIME TO SUBMIT
   Security,                  )         PLAINTIFF'S REPLY BRIEF
14                            )
           Defendant.         )
15 _____)

16

17     IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff

18 be granted a time 45-day extension of time to submit Plaintiff's Reply Brief. The reason for

19 this extension is due Plaintiff's staffing issues, along with counsel's workload demands, and

20 the number and complexity of the issues in this case.  The current due date for Plaintiff's

21 Reply Brief is May 17, 2010. The new due date will be July 1, 2010.

22

23

24

25 Dated: 06/11/2010                    /s/ Sengthiene Bosavanh

26                                      SENGTHIENE BOSAVANH, ESQ.
                                        Attorney for Plaintiff
27
   Dated:
28                                      BENJAMIN B. WAGNER
                                        United States Attorney

1
2					By: /s/ Daniel Talbert
					(as authorized via telephone on 6/09/10)
					DANIEL TALBERT
3					Assistant Regional Counsel
4
5
6	IT IS SO ORDERED.
7	   Dated:   **June 15, 2010**				     **/s/ Dennis L. Beck**
						UNITED STATES MAGISTRATE JUDGE
8
9
10
...
28