1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KHAM SINGMOUNGTHONG,                    )   1:09cv1328 DLB
                                        )
                                        )
                                        )   ORDER DENYING DEFENDANT'S
                    Plaintiff,          )   REQUEST FOR LEAVE TO FILE
                                        )   SUR-REPLY
        v.                              )
                                        )   (Document 29)
MICHAEL J. ASTRUE, Commissioner         )
of Social Security,                     )
                                        )
                                        )
                                        )
                    Defendant.          )
_____)

17
18

On February 1, 2011, Defendant filed a motion for leave to file a sur-reply, seeking to
respond to arguments made in Plaintiff's reply in support of her EAJA fee motion.

19
20

Defendant's request is DENIED.  Defendant has made no showing that a sur-reply is
necessary.

21
22

IT IS SO ORDERED.

23

**Dated:    February 2, 2011**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1