**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHAM SINGMOUNGTHONG, | ) | 1:09cv1328 DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER REQUIRING PLAINTIFF TO SUBMIT WRITTEN AGREEMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

Plaintiff's motion for attorney fees under the Equal Access for Justice Act is set for hearing on April 8, 2011. Plaintiff submitted additional briefing pursuant to the Court's order on February 24, 2011. Defendant's response is due on April 4, 2011.

In order to properly analyze the issues, the Court ORDERS Plaintiff to submit any and all written agreement(s) pursuant to which Mr. Wilborn performed services in Plaintiff's action. Plaintiff must submit the agreement no later than April 4, 2011.

IT IS SO ORDERED.

Dated:   **March 29, 2011**                    /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE

1