Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Kham Singoungthong,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of Social Security | CASE NO. 1:09-cv-01328 DLB<br><br><br>STIPULATION AND ORDER<br>FOR SECOND EXTENSION OF TIME |

Plaintiff hereby requests a second extension of time to file documents in compliance with this Court's April 8, 2011 hearing order regarding the submission of Attorney Wilborn's dates and hours in the 68 cases. An extension of time is requested to June 7, 2011. This extension is necessary due to Mr. Wilborn's recent illness, the burdensome nature of the Court's request, and a previously scheduled vacation.

Dated: May 12, 2011            /s/ Sengthiene Bosavanh

　　　　　　　　　　　　　　　SENGTHIENE BOSAVANH, ESQ.
　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 12, 2011            BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By: /s/Shea Lita Bond
　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　SHEA LITA BOND
　　　　　　　　　　　　　　　Special Assistant United States Attorney

IT IS SO ORDERED.

　　Dated:   **May 13, 2011**              /s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE