1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   (209) 576-0817
3  Attorney for Plaintiff

4

5                 UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF CALIFORNIA

7                      FRESNO DIVISION

8

9  Kham Singmoungthong,          )   CASE NO. 1:09cv01328 DLB
           Plaintiff,            )
10                              )
      v.                        )
11                              )   STIPULATION AND ORDER
   Commissioner of Social Security )   FOR EXTENSION OF TIME
12         Defendant.            )
                                )

13        Plaintiff, through counsel, respectfully requests a 30-day extension of time to submit a

14  brief pursuant this court's April 8, 2011 hearing.  This extension is requested due to Plaintiff's

15  attorney's workload demands and vacation schedule.  The current due date for the brief is

16  May 30, 2011. The new due date will be June 29, 2011.

17

18  Dated:May 25, 2011              /s/ Sengthiene Bosavanh

19                                 SENGTHIENE BOSAVANH
                                   Attorney for Plaintiff
20
    Dated:May 25, 2011              BENJAMIN B. WAGNER
21                                 United States Attorney

22
                                   By: /s/Shea Lita Bond
23                                 (as authorized via e-mail)
                                   SHEA LITA BOND
24                                 Special Assistant United States Attorney
    IT IS SO ORDERED.
25
       Dated:   May 27, 2011            /s/ Dennis L. Beck
26                                 UNITED STATES MAGISTRATE JUDGE

27

28